UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                    ORDER
             v.                                     12-CR-109A

EARL BROWN, SR.,

                        Defendant.

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 28, 2013 , Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion too suppress evidence as well as his request for an evidentiary hearing be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to suppress evidence as well as his request for an evidentiary hearing be denied.

The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: December 13, 2013